EDWARD ROGERS et al., Respondents, *v.* HARVEY J. ROGERS et al., Appellants.

(Argued May 14, 1873 ; decided September 23, 1873.)

*D. A. Boies* for the appellants.

*C. L. Allen, Jr.*, for the respondents.

Agree to affirm, on opinion of court below. Judgment affirmed.